**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | | |
|---|---|---|
| **CARLOS SANCHEZ, #1737913,** | § | |
| Plaintiff, | § | |
| v. | § | Civil Action No. 3:11-cv-3197-O |
| **I.C.S. COMPANY,** | § | |
| Defendant. | § | |

## ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

The United States Magistrate Judge made findings, conclusions, and a recommendation in this case.  No objections were filed.  The District Court reviewed the proposed Findings, Conclusions and Recommendation for plain error and found none.

Accordingly, the Court **ACCEPTS** the Findings and Conclusions of the Magistrate Judge as the findings and conclusions of the Court.

**SO ORDERED** on this **31st day** of **December, 2011.**

_____
Reed O'Connor
UNITED STATES DISTRICT JUDGE